UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>　　　　Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>　　　　Defendants. | CIVIL ACTION NO.:  05-30143-KPN |

## NOTICE OF APPEARANCE

Now comes Lori A. Wirkus, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter her general appearance on behalf of the defendants, Consolidated Rail Corporation and CSX Transportation, Inc., in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Lori A. Wirkus
　　　　　　　　　　　　　　　　　　　　Lori A. Wirkus, BBO #635525
　　　　　　　　　　　　　　　　　　　　FLYNN & ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　　　　　400 Crown Colony Drive
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Quincy, MA 02169
　　　　　　　　　　　　　　　　　　　　(617) 773-5500
　　　　　　　　　　　　　　　　　　　　(617) 773-5510 (facsimile)

DATE: July 14, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\Tytula\pleadings\Notice of Appearance.7.14.05.doc