UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>      Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>      Defendants. | CIVIL ACTION NO.:  05-30143-KPN |

**DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND CSX TRANSPORTATION, INC.'S, CORPORATE DISCLOSURE STATEMENT**

The defendant, Consolidated Rail Corporation, is wholly owned by the defendant, CSX Transportation, Inc. and Norfolk Southern Corporation.  Forty-Eight percent (48 %) of Consolidated Rail Corporation's stock is held by CSX Transportation, Inc. and Fifty-Two percent (52 %) is held by Norfolk Southern Corporation.  Except for the foregoing, there are no other publicly held companies that own ten percent (10 %) or more of Consolidated Rail Corporation or CSX Transportation's stock.

          Respectfully submitted,
          The Defendants,
         Consolidated Rail Corporation and
         CSX Transportation, Inc.
         By Their Attorneys:

s/Lori A. Wirkus_____
Michael B. Flynn, BBO #559023
Lori A. Wirkus, BBO #635525
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: July 14, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\Tytula\pleadings\Conrail Corporate Disclosure.7.14.05.doc