UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>      Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>      Defendants. | CIVIL ACTION NO.:  05-30143-KPN |

## NOTICE OF APPEARANCE

Now comes Michael B. Flynn, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendants, Consolidated Rail Corporation and CSX Transportation, Inc., in the above-captioned matter.

                Respectfully submitted,

                /s/ Michael B. Flynn
                Michael B. Flynn, BBO #559023
                FLYNN & ASSOCIATES, P.C.
                400 Crown Colony Drive
                Suite 200
                Quincy, MA 02169
                (617) 773-5500
                (617) 773-5510 (facsimile)

DATE: July 14, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\Tytula\pleadings\Notice of Appearance MBF.7.14.05.doc