# United States District Court

FOR THE _____ DISTRICT OF __MASSACHUSETTS__

Springfield Division

| | |
|---|---|
| John Tytula | **SUMMONS IN A CIVIL CASE** |
| V. | |
| Consolidated Rail Corporation | CASE NUMBER: |
| - and - | |
| CSX Transportation Inc. | 05 - 30143 - KPN |

TO: (Name and address of defendant)

Consolidated Rail Corporation
Two Commerce Square
2001 Market Street
Philadelphia, PA 19101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III | MICHAEL J. MCDEVITT |
| HANNON & JOYCE | LAWSON & WEITZEN LLP |
| The Public Ledger Building - Ste. 1000 | 88 Black Falcon Avenue |
| 150 S. Independence Mall West | Suite 345 |
| Philadelphia, PA 19106-3323 | Boston, MA 02210 |
| (215) 446-4460 | (617) 439-4990 |
| Attorney for Plaintiff | Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                               6/17/05
_____     _____
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): United States Mail, Certified, Return Receipt Requested. See attached Returned Receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server

                                    _____
                                    Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

**HANNON & JOYCE**
**PUBLIC LEDGER BUILDING, SUITE 1000**
**150 S. INDEPENDENCE MALL WEST**
**PHILADELPHIA, PA 19106-3413**

ATTN: AMB
　　　Tytula 05-30143-KPN

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X 　　☐ Agent　☐ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery |
| 1. Article Addressed to:<br>Consolidated Rail Corporation<br>Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19101 | D. Is delivery address different from item 1?　☐ Yes<br>If YES, enter delivery address below:　☐ No<br><br>3. Service Type<br>☒ Certified Mail　☐ Express Mail<br>☐ Registered　☒ Return Receipt for Merchandise<br>☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0005 4530 0088 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540