

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

**HANNON & JOYCE**
LAW OFFICES

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPEDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460  ~  (888) 222-FELA (US)  ~  (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joyceiii@hannonandjoyce.com

August 18, 2005

Honorable Kenneth P. Neiman
USDC, District of Massachusetts
1550 Main Street
Springfield, MA 01103

Re: John Tytula v. Consolidated Rail Corporation, et al
    Civil Action No: 05-30143-KPN

Dear Judge Neiman:

Please note our representation of the Plaintiff, John Tytula, in the above captioned FELA carpal tunnel syndrome action. This letter is to advise Your Honor that Plaintiff's local counsel, Michael McDevitt, Esq., of Lawson & Weitzen, LLP, will be appearing for Plaintiff at the scheduling conference on September 7, 2005 at 10:30 a.m. I have made arrangements to be available by telephone.

If you have any questions, please do not hesitate to contact me. Thank you.

Respectfully,

THOMAS J. JOYCE, III

TJJ:ada

cc: Michael McDevitt (via facsimile)
    Lori A. Wirkus, Esq. (via facsimile)