IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

JOHN TYTULA,

        Plaintiff,

v.                        Civil Action No.: 05-30143-KPN

CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.,
        Defendants,

## RULE 16(O)(3) CERTIFICATION

        This is to certify that the Plaintiff, John Tytula, and his counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. John Tytula and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and mediation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esquire
HANNON & JOYCE

PLAINTIFF

_____
John Tytula

Dated: August 18, 2005

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esquire
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff
88 Black Falcon Avenue, Suite 345
Boston, MA 02210