UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>   Plaintiff<br><br>  v.<br><br><br>CONSOLIDATED RAIL<br>CORPORATION and CSX<br>TRANSPORTATION INC.,<br>   Defendants | )<br>)<br>)<br>)  Civil Action No. 05-30143-KPN<br>)<br>)<br>)<br>)<br>)<br>) |

<u>SCHEDULING ORDER</u>
September 7, 2005

NEIMAN, U.S.M.J.

  The following schedule was established at the initial scheduling conference on this day:

  1.  The parties shall complete their automatic disclosures by October 7, 2005.

  2.  All non-expert discovery, including non-expert depositions, shall be completed by May 5, 2006.

  3.  Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by April 5, 2005, and depositions of these experts shall be completed by May 5, 2006.

  4.  Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by May 5, 2006, and depositions of those experts shall be completed by June 7, 2006.

5. Counsel shall appear for a case management conference on June 14, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 7, 2005

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

Case 3:05-cv-30143-KPN    Document 12    Filed 09/07/2005    Page 2 of 2