UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>        Plaintiff<br><br>v.<br><br><br>CONSOLIDATED RAIL<br>CORPORATION and CSX<br>TRANSPORTATION INC.,<br>        Defendants | Civil Action No. 05-30143-KPN |

SCHEDULING ORDER
March 22, 2006

NEIMAN, C.M.J.

The court hereby ALLOWS in part the parties' Joint Motion to Extend Deadlines (Document No. 14 and 15) as follows:

1. All non-expert discovery, including non-expert depositions, shall be completed by July 5, 2006.

2. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by June 5, 2006, and depositions of these experts shall be completed by July 5, 2006.

3. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by July 5, 2006, and depositions of those experts shall be completed by August 4, 2006.

4. Counsel shall appear for a case management conference on August 28, 2006, at 11:00 a.m. in Courtroom Three. The June 14, 2006 case

    management conference is hereby cancelled.

    THERE SHALL BE NO FURTHER EXTENSIONS.

    IT IS SO ORDERED.

DATED: March 22, 2006

                                                    /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge