UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN TYTULA,

        Plaintiff,

VS.

        C. A. NO. 05-30143-KPN

CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.,

        Defendants,

## STIPULATION OF DISMISSAL

The Plaintiff, John Tytula, by and through his attorney and Defendants Consolidated Rail Corporation and CSX Transportation, Inc., by and through its attorney, hereby stipulate to voluntarily dismiss Plaintiff's FELA carpal tunnel syndrome action with prejudice and without costs.

DATED:   April 7, 2006

Plaintiff
JOHN TYTULA

By:_____
THOMAS J. JOYCE, III, ESQ.
HANNON & JOYCE
Public Ledger Bldg, Suite 1000
150 South Independence Mall West
Philadelphia, PA  19106

Defendants
CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.

By:_____
LORI A. WIRKUS, ESQUIRE
FLYNN & ASSOCIATES
400 Crown Colony Drive
Suite 200
Quincy, MA  02169

Local Counsel for Plaintiff

By: /s/ MJM
MICHAEL J. MCDEVITT, ESQ.
LAWSON & WEITZEN
88 Black Falcon Avenue, Suite 345
Boston, MA 02210